**Deshawn MALONE, Plaintiff—Appellant,**

v.

**MARTINEZ, Correctional Officer, Defendant—Appellee.**

**No. 07–16587.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 21, 2010.

Deshawn Malone, Corcoran, CA, pro se.

Constance L. Picciano, Esquire, Deputy Attorney General, California Department of Justice, Sacramento, CA, for Defendants–Appellees.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

MEMORANDUM **

Deshawn Malone, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that defendant violated his right of access to courts. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Jones v. Blanas*, 393 F.3d 918, 926 (9th Cir.2004), and we affirm.

Malone claimed that defendant failed to give him a partially completed complaint and supporting materials that Malone had requested from his personal property. The district court properly granted summary judgment because Malone failed to raise a triable issue as to whether he suffered an actual injury as a result of defendant's alleged conduct. *See Lewis v. Casey*, 518 U.S. 343, 351–53, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (describing actual injury requirement); *Jones*, 393 F.3d at 936 (affirming summary judgment on access to courts claim on the ground that plaintiff did not show "injury, such as inability to file a complaint or defend against a charge").

Malone's remaining contentions are unpersuasive.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).